**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LINDA RAFAELE,                          : No. 322 MAL 2017
                                        :
                    Petitioner          :
                                        :
                                        : Petition for Allowance of Appeal from
v.                                      : the Order of the Commonwealth Court
                                        :
WORKERS' COMPENSATION APPEAL            :
BOARD (LIFE PATH, INC.),                :
                                        
                    Respondent


## ORDER


**PER CURIAM**

  **AND NOW**, this 7th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.